UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1448-RGK (MLG) | Date | July 16, 2010 |
|---|---|---|---|
| Title | Gloria Galindo v. City of Los Angeles, et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| T. Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause

     This action was filed on March 17, 2010. On March 18, 2010, the Court issued an order directing Plaintiff to effect service upon the Defendants no later than July 15, 2010. A review of the docket reveals that the Defendants still have not been served with the complaint.

     Rule 4(m) of the Federal Rules of Civil Procedure provides that if service is not made within 120 days after the filing of the complaint, and the plaintiff can not show good cause why service was not made within that period, the action shall be dismissed without prejudice upon the court's own initiative with notice to the plaintiff.  It has now been 122 days since the complaint was filed and it does not appear that service has been effected.

     IT IS ORDERED that on or before July 30, 2010, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to serve the Defendants within the required time period or shall demonstrate that service was effected upon the Defendants.  If Plaintiff fails to respond to this order or effect service within the time specified, she will be deemed to have consented to a dismissal of this action for failure to effect service and failure to prosecute.

                                                                                               :
                                                        Initials of Clerk     ts