JS - 6

**FILED**
AUG - 5 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY          DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GLORIA GALINDO, | Case No. CV 10-1448-RGK (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: August 5, 2010

*Gary Klausner*
R. Gary Klausner
United States District Judge